## Quaker Village, Inc., Appellant, *v.* Landau Brothers Building Company.

Argued March 18, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert G. Sable,* with him *Herbert B. Sachs,* and *Baskin, Boreman, Sachs, Gondelman and Craig,* for appellant.

*Loyal H. Gregg,* with him *Thomas Lewis Jones,* and *White, Jones and Gregg,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Orders affirmed.